REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA BAIRD, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., | Case No.: 3:19-cv-03937-MMC<br><br>[PROPOSED] ORDER ON JOINT STIPULATION |

# [PROPOSED] ORDER ON JOINT STIPULATION RE SETTLEMENT

Before the Court is the Parties' Joint Stipulation re Settlement. The Parties have reached a settlement of the entire action and request additional time to finalize the settlement.

Having read and considered the Parties' Joint Stipulation re Settlement, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Parties have until October 31, 2019 within which to either file a dismissal of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or file a status report regarding the progress of their settlement efforts; and

2. All pending Court dates – including the deadline for Defendant to respond to Plaintiff's Complaint – are vacated.

ORDERED on this 4th day of October, 2019.

_____
Honorable Maxine M. Chesney