IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA BAIRD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-03937-MMC<br><br>**ORDER OF DISMISSAL** |

　　The parties having advised the Court that they have agreed to a settlement of this cause,

　　IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

　　**IT IS SO ORDERED.**

Dated: October 31, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the parties from subsequently filing a stipulation for dismissal with prejudice.